[No. 19288-1-III.   Division Three.   April 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LEONARD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-1-00494-1, Evan E. Sperline, J., entered April 18, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 24836-1-II.   Division Two.   April 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVERN EUGENE FRY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01385-4, Thomas P. Larkin, J., entered June 8, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24891-3-II.   Division Two.   April 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND EVERETT MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00371-1, Stephen M. Warning, James E. Warme, and Randolph Furman, JJ., entered July 13, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.